414

■

**UNITED STATES of America ex rel. George PHILLIPS, Appellant, v. J. Vernal JACKSON, Warden, Appellee.**

No. 249, Docket 20573.

Circuit Court of Appeals, Second Circuit.

May 28, 1947.

George Phillips, pro se.

Irving Galt, of New York City, Asst. Atty. Gen., and Nathaniel L. Goldstein, Atty. Gen., of New York (Wendell P. Brown, Sol. Gen., of Albany, of counsel), for appellee.

Before L. HAND, CHASE, and CLARK. Circuit Judges.

PER CURIAM.

Affirmed upon the authority of the opinion below, 72 F.Supp. 18; except that we accept for argument that the petition set forth enough facts to show that Bird's confession had been unlawfully coerced.

Ruby R. Vale, of Philadelphia, Pa. (John W. Dickerson and Kirby V. Wright, both of Philadelphia, Pa., on the brief), for appellant.

Philip Price, of Philadelphia, Pa. (Peter Williams, and Barnes, Dechert, Price, Smith & Clark, all of Philadelphia, Pa., on the brief), for appellee.

Before MARIS, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

This unfortunate death case is governed by the law of Pennsylvania. In his opinion in the district court denying the plaintiff's motion for a new trial Judge Kirkpatrick correctly stated and applied that law. 72 F.Supp. 15. For the reasons stated in his opinion, which we adopt, the judgment of the district court will be affirmed.